UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-11283 |
| | ) | |
| Claude M. Ross, | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

*Revised*

## ORDER MODIFYING PLAN

THIS CAUSE COMING TO BE HEARD by the Motion of the Debtor modifying the Chapter 13 plan, the Court having jurisdiction over the matter and being fully advised on the premises; IT IS HEREBY ORDERED:

A. Section G of the Debtor's plan is modified to add paragraph 2 with the following language: "Debtor will pay the claim, claim 4, filed by the Educational Credit Management Corporation directly outside of the Chapter 13 plan". Nothing in this order shall require the trustee to perform collections on any funds already disbursed. All other Chapter 13 Plan Provisions will remain unchanged.

Commencing December 2018

Enter:

*/s/ Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: DEC 10 2018

**Prepared by:**
Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882

Rev: 20170105_bko